FILED

SEP 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80102 MISC VRW

MARSHA NOREEN HONDA,
                                     ORDER
    State Bar No 100894
_____/

On May 8, 2008, the court issued an order to show cause (OSC) why Marsha Noreen Honda should not be removed from the roll of attorneys authorized to practice law before this court based on her interim suspension by the California State Bar following a criminal conviction. Ms Honda has kept the court apprised of the status of the State Bar proceedings. She remains on interim suspension by the California State Bar.

The court now orders Marsha Noreen Honda removed from the roll of attorneys authorized to practice before this court until such time as she provides proof that she has been reinstated to active status by the State Bar of California.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

MARSHA NOREEN HONDA,

_____/

Case Number: C08-80102 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marsha Noreen Honda
4496 Broadway, #E-110
Oakland, CA 94611

Dated: September 16, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*